UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF PV GROUP LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No.  18- |

## EX PARTE PETITION

Applicant PV Group Limited hereby applies to the Court ex parte for an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Tara J. Plochocki as a Commissioner of the Court to facilitate the issuance of subpoenas and the gathering of documentary and testimonial evidence from three witnesses in this district: (1) JPMorgan Chase Bank N.A.; (2) Bank of New York Mellon; and (3) Citibank N.A.

The requested relief is for the purpose of obtaining limited, but critical, discovery for use in connection with a foreign civil proceeding currently pending in the High Court of England and Wales in which PV Group Limited is an interested person.  The grounds for this Application are set forth in the accompanying Memorandum of Law in Support of Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 and the Declarations of Andrew J. Ford and Tara J. Plochocki.

Dated: August 17, 2018

Respectfully submitted,

s/ Tara J. Plochocki
Tara J. Plochocki (NY Bar No. 5359054)
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
405 Lexington Avenue, 62nd Floor
New York, New York 10174
Tel: (212) 826 7001
Fax: (212) 826-7146
tara.plochocki@lbkmlaw.com