UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF PV GROUP LIMITED FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. |

[Proposed]
<u>ORDER GRANTING JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782</u>

THIS MATTER having been brought before the Court pursuant to 28 U.S.C. § 1782 by PV Group Limited through its attorneys Lewis Baach Kaufmann Middlemiss PLLC, and the Court having considered the Application papers, and all other submissions before it; and for good cause shown;

IT IS on this _____ day of _____, 201__,

**ORDERED** that the Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 be, and it hereby is, **GRANTED**; and it is further

**ORDERED** that Tara J. Plochocki, Esq. of Lewis Baach Kaufmann Middlemiss PLLC is hereby appointed Commissioner of the Court with the power to issue subpoenas to JPMorgan Chase Bank N.A., Bank of New York Mellon, and Citibank N.A. to provide deposition testimony and to produce documents within their possession, custody, or control concerning the topics listed in Exhibit A to the Declaration of Tara J. Plochocki.

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE